OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 20 2015

11/18/2015
FORBES, DARRYL EARL Jr.     Tr. Ct. No. C-4-010611-1118175-A WR-84,209-01
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DARRYL EARL FORBES JR.
HODGE UNIT - TDC # 1588949
P.O. BOX 999
RUSK, TX 75785

I A